PERRY *et al.* v. GORMLEY, superintendent of banks, *et al.*

GILBERT, J. 1. "When any sheriff or other officer shall levy an execution or other process on property claimed by a third person not a party to such execution, such person, his agent, or attorney shall make oath to such property." Civil Code (1910), § 5157.

2. The petitioners had an adequate and complete remedy at law by claim. *Teasley* v. *Bradley*, 110 *Ga.* 497 (35 S. E. 782, 78 Am. St. R. 113); *Douglas* v. *Jenkins*, 146 *Ga.* 341 (91 S. E. 49, Ann. Cas. 1918C, 322); *Myers* v. *Warrenfells*, 153 *Ga.* 648, 653 (113 S. E. 180); *Eslinger* v. *Herndon*, 158 *Ga.* 823 (124 S. E. 169, 900).

3. For the reasons stated above, the court did not err in refusing to grant an injunction.     *Judgment affirmed. All the Justices concur.*

No. 9561. JULY 13, 1933.

George W. Westmoreland, for plaintiffs.

D. M. Parker, assistant attorney-general, Pemberton Cooley, Joe Cooley, and Alexander Stephens, for defendants.